IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-01997-EWN

UNITED STATES OF AMERICA,

       Petitioner,

v.

AHT, INC,

       Respondent.

_____

## ORDER OF DISMISSAL
_____

This matter is before the Court on the parties' Stipulated Motion to Dismiss.  The Court having considered the motion hereby ORDERS:

The motion is granted.  This action is dismissed with prejudice.  Each party shall bear its own costs and attorney's fees.

Dated this 19th day of November, 2007.

BY THE COURT:

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
Chief United States District Judge